# THE MARKS LAW FIRM, P.C.

July 10, 2025

**FILED VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

> The Court GRANTS the requested extension of time. The deadline for the parties' joint letter is **July 25, 2025**.
>
> Date:   July 11, 2025
>            New York, New York
>
> SO ORDERED
>
> */s/ Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

      RE:       **Brown v. R.N. Trading Inc., et al.**
                    **Docket No.: 1:25-cv-04021-JLR**

Dear Judge Rochon,

      Plaintiff and Defendant, First Sigma De LLC ("First Sigma"), jointly and respectfully request an extension of the deadline to submit a joint letter from **July 13, 2025,** to **July 25, 2025**, in accordance with Your Honor's Order dated May 15, 2025 [Dkt. 5].

      Plaintiff makes this request because counsel for First Sigma has completed his investigation into the allegations in Plaintiff's Complaint. The parties are scheduled to discuss settlement on Monday, July 10, 2025, during which they will determine whether to proceed with a settlement conference or mediation if the case is not resolved.

      Therefore, the parties jointly and respectfully request an extension of time to discuss settlement and determine whether there is a mutual interest in engaging in the SDNY mediation program or a settlement conference. This is the first request of its kind.

      Thank you for your attention to the above. Please let us know if Your Honor requires any additional information.

                                              Respectfully Submitted,

                                              The Marks Law Firm, P.C.

                                              By: _____
                                                  Bradly G. Marks

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770-3775, F: (646) 867-2639, brad@markslawpc.com
www.markslawpc.com